429 A.2d 752

Commonwealth v. Copeland, Appellant.

Submitted June 11, 1980. Allen N. Abrams, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 752

Commonwealth v. Couvertier a/k/a Dorsey, Appellant.
Petition for Allowance of Appeal Denied May 4, 1981.

Argued June 10, 1980. Paul Messing, Assistant Public Defender, for appellant; Andrew B. Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence of the court below is affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.